Carlos Makoto Taitano, State Bar No. 275820
Taitano & Taitano LLP
P.O. Box 326204
Hagatna, Guam 96932
Telephone:     (671) 777-0581
Email:     cmakototaitano@taitano.us.com

*Attorney for Applicant*
*Jin Young Park*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of | ) |
| | ) Case Number: |
| Jin Young Park, | ) |
| | ) **DECLARATION OF JIN YOUNG PARK** |
| Applicant. | ) **IN SUPPORT OF JIN YOUNG PARK'S** |
| | ) ***EX PARTE* APPLICATION FOR ORDER** |
| | ) **PURSUANT TO 28 U.S.C. § 1782** |
| | ) **AUTHORIZING DISCOVERY FOR USE** |
| | ) **IN FOREIGN PROCEEDINGS** |
| | ) |
| | ) |
| | ) |

I, Jin Young Park, declare that:

1.     I am more than 21 years of age, am competent to testify on the matters stated in this declaration, and, except as may be otherwise stated in this declaration, have personal knowledge of the matters stated in this declaration.

2.     I am a singer and the CEO of JYP Entertainment Corporation, a Korean entertainment company, and my address is located in Seoul, Republic of Korea.

3.     This declaration is in support of my *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings.

4.     On November 24, 2023, I sang songs such as "Sweet Dreams", "When We Disco", and "Take On Me", and performed dances with those songs in celebration of the Blue Dragon Film Awards.

5.     The Blue Dragon Film Awards is an annual awards ceremony for excellence in film in South Korea.

Page **1** of **3**

*Declaration of Jin Young Park*

6.     The Blue Dragon Film Awards is one of the most popular film awards in South Korea.

7.     On November 25,2023, a TikTok user who uses the ID "_jaehyunsocks" posted a video capturing my performance at https://www.tiktok.com/@_jaehyunsocks/video/7305103867212025121, and the user published a statement that admired my dances; attached as **Exhibit 1** is a true and correct screenshot of the video posted by the TikTok user "_jaehyunsocks".

8.     As of the date of this declaration, the video is no longer viewable.

9.     As of July 23, 2024, the video had approximately 16,500 comments.

10.     On the same day that the video was posted, another TikTok user who uses the ID "Hssy" posted a comment to the video stating "I love how JYP is funny at the same time very professional. He's also a great choreographer and broke the stereotypes of norms."

11.     A TikTok user who uses the ID "jkjeoneuphoria", who uses the nickname "JKJeonEuphoria", and whose account is located at https://www.tiktok.com/@jkjeoneuphoria (hereinafter "**User 1**") replied to Hssy's comment stating "praising a paedo is very weird behavior".

12.     User 1 has an X account at https://x.com/JKJeonEuphoria.

13.     A TikTok user who uses the ID "maryzvamp", who uses the nickname "❤", and whose account is located at https://www.tiktok.com/@maryzvamp (hereinafter "**User 2**", and collectively with User 1, hereinafter "**Users**") replied to Hssy's comment stating "he sent underage female idols to r Kelly's house" and "idc he'll always be a pedo who starves his idols"; attached as **Exhibit 2** are true and correct screenshots of the comment by "Hssy", the reply by User 1 and the replies by User 2.

14.     These statements are false, as contrary to the statements, I am not a pedophile, and I never sent any underage female idols r Kelly's (who, based upon context, likely means the U.S. R&B singer R. Kelly) house.

15.     The Users' reply comments make these statements as though they are fact, when in fact they are completely baseless, false statements.

16.     Being accused of sending minors to the house of an individual who has been accused of sexual misconduct and child pornography, and who is serving jail time in the United

Page **2** of **3**

*Declaration of Jin Young Park*

1    States for child sexual abuse, has caused significant harm to my reputation as a singer and the CEO

2    of an entertainment company that manages both adult and underage singers.

3         17.     Being accused of being a pedophile has caused significant harm to my reputation

4    as a singer and the CEO of an entertainment company that manages both adult and underage

5    singers.

6         18.     I have suffered significant mental distress and physical stress, and I have been

7    humiliated and devasted by the reply comments of the Users, which have been viewed by

8    numerous TikTok users, and which have caused numerous individuals to believe that I am a

9    pedophile and that I sent minors to the house of R. Kelly.

10         19.     I have filed a civil lawsuit on July 31, 2024 against the Users in the Seoul Eastern

11    District Court in the Republic of Korea, Civil Case Number 2024Gaso336871, for defamation

12    (hereinafter "**Civil Case**").

13         20.     I have thoroughly reviewed the information on the Users' TikTok accounts and

14    User 1's X account to find information that may lead to the true identities of the Users, but I was

15    unable to find any identifying information that will reveal the true identities of the Users.

16         21.     I have also searched online to find information that may lead to the true identities

17    of the Users, but I was unable to find any identifying information that may lead to the true identities

18    of the Users.

19         22.     I have been unable to identify the true identities of the Users, preventing me from

20    proceeding with the Civil Case against the Users.

21         23.     Unless the true identities of the Users are revealed, I will be unable to pursue the

22    Civil Case against the Users.

23         24.     The identities of the Users will only be used for the purpose of the Civil Case.

        I declare under penalty of perjury under the laws of the United States of America that the

24    foregoing is true and correct.

25         Executed on December 30, 2024.

26

27                                      JIN YOUNG PARK

28

*Declaration of Jin Young Park*



**Exhibit 1**





