J. Jonathan Hawk (SBN 254350)
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
+1 310 277 4110
jhawk@mwe.com
Attorney for X Corp.

Carlos Makoto Taitano
Taitano & Taitano LLP
P.O. Box 326204
Hagatna, GU 96932
(671) 777-0581
cmakototaitano@taitano.us.com
Attorney for Applicant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Jin Young Park,<br><br>          Applicant. | Case No. 25-mc-80043-PCP<br><br>**JOINT STIPULATION EXTENDING TIME** |

Pursuant to Civil Local Rules 6-2 and 7-12, Applicant Jin Young Park ("Applicant") and Respondent X Corp. (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on February 20, 2025, Applicant filed an *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding ("Initial Application") (ECF No. 1);

1

JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND X CORP.'S DEADLINE
TO FILE MOTION TO QUASH

WHEREAS, on May 8, 2025, the Court issued its Order Granting *Ex Parte* Application For Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding, providing that "X . . . may file no later than 21 days after service or notice, as applicable, a motion to quash or modify the subpoenas." (ECF No. 8, at 4);

WHEREAS, counsel for Applicant have met and conferred regarding the Court's Order and Applicant's subpoena to X Corp., and are engaging in ongoing discussions to explore whether this matter can be resolved without motion practice;

WHEREAS, the Parties believe they require more time to engage in their discussions;

WHEREAS, subject to the approval of the Court, have agreed and are thus requesting that this Court enter an order continuing X Corp.'s deadline to file a motion to quash (if necessary) by two weeks, from June 2, 2025, to June 16, 2025;

WHEREAS, this requested extension will have no impact on the case schedule other than to extend X Corp.'s deadline to file a motion to quash;

WHEREAS, the Parties have not previously sought any extensions of time from the Court in connection with this proceeding, nor any requests to modify any deadline in this case;

WHEREAS, this proposed extension of deadlines for X Corp. to file a motion to quash (if needed) is not sought for any improper purpose or delay, and this request is made in good faith;

WHEREAS, X Corp. has filed a declaration in support of this stipulation as required under Local Rule 6-2(a).

IT IS SO STIPULATED:

Dated:  June 2, 2025                                      **MCDERMOTT WILL & EMERY LLP**

By: *J. Jonathan Hawk*
    J. Jonathan Hawk
    *Attorney for X Corp.*

IT IS SO STIPULATED:

Dated:  June 2, 2025                              By: *Carlos Makoto Taitano*
                                                     Carlos Makoto Taitano
                                                     *Attorney for Applicant Jin Young Park*

2

JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND X CORP.'S DEADLINE TO FILE MOTION TO QUASH

**FILER'S ATTESTATION OF CONCURRENCE**

I, J. Jonathan Hawk, pursuant to Local Rule 5-1(h)(i), attest that I am counsel for Respondent X Corp. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

DATED: June 2, 2025                         Respectfully submitted,

                                  **MCDERMOTT WILL & EMERY LLP**


                                  By: _J. Jonathan Hawk_____
                                      J. Jonathan Hawk


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:_____June 3_____, 2025        _____
                                      Honorable P. Casey Pitts
                                      United States Magistrate Judge

---

3

JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND X CORP.'S DEADLINE
TO FILE MOTION TO QUASH